UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| AIESHA JONES,<br><br>                    Plaintiff,<br><br>          -against-<br><br>FRANK BISIGNANO, COMMISSIONER OF<br>SOCIAL SECURITY.,<br><br>                    Defendant. | 25 CIVIL 9654 (BCM)<br><br>**<u>JUDGMENT</u>** |

It is hereby ORDERED, ADJUDGED AND DECREED: That for the reasons stated in the Court's Consent  Order dated June 9, 2026, the final decision of the Commissioner be and hereby is REVERSED, and the matter is REMANDED to the Defendant for this further administrative action, and it is further ORDERED that the within matter, be and hereby is, DISMISSED in accord with the decision in Melkonyan v. Sullivan, 501 U.S. 89 (1991).

**Dated:**   New York, New York
        June 9, 2026

                                        **TAMMI M. HELLWIG**
                                     **Clerk of Court**

**BY:**

                                        **Deputy Clerk**